UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 8, 2007

John O. Long, III, Esq.
Feidler & Long
6506 Loisdale Road, Suite #103
Springfield, Virginia 22150

      Re: Harriett Millard v. Household Finance Corporation
         Civil No. JFM-07-497

Dear Mr. Long:

    I am in receipt of your letter of June 6, 2007.

    I thank Mr. Long and his client for having agreed to respond to Ms. Millard's complaint even though the service made by Ms. Millard technically was insufficient because of her failure to include a summons.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                        Very truly yours,

                        J. Frederick Motz
                        United States District Judge

cc: Harriett Millard

# FEIDLER & LONG, PLLC

A PROFESSIONAL LIMITED LIABILITY COMPANY

ATTORNEYS AND COUNSELLORS AT LAW

Robert E. Feidler ◊
John O. Long, III ◊

◊ admitted in North Dakota
◊ admitted in Virginia,
   Maryland and D.C.

6506 Loisdale Road, Suite # 103
Springfield, Virginia 22150
Telephone (703) 921-1070
Facsimile (703) 921-1073

jlong@flklaw.com
mail@flklaw.com

June 6, 2007

**VIA FEDERAL EXPRESS**
UNITED STATES DISTRICT COURT
101 West Lombard Street
Baltimore, MD 21201
Attn:   The Honorable J. Fredrick Motz
        United States District Judge

Re:  Harriett Millard v. Household Finance
     Corporation
     Civil No. JFM-07-497

Dear Judge Motz:

Pursuant to instructions contained in your correspondence of May 24, 2007, I am reporting that Ms. Millard and I communicated by telephone with respect to the issue of service of process on my client HSBC Finance Corporation ("HSBC"). Ms. Millard was given the option of issuing a summons to HSBC and serving the same on me as HSBC's service agent, or, in the alternative, I offered on behalf of HSBC to prepare and supply the necessary forms to effect a waiver of service of process.

Ms. Millard did not want to go forward with the procedure for a waiver of a service of process, electing instead to serve me as the service agent for HSBC.

On May 31, 2007 I received and signed for a certified mail delivery from Ms. Millard which contained a copy of the summons originally issued March 15, 2007, along with a copy of the initial Complaint filed in the above referenced matter. Regrettably, Ms. Millard did not serve a summons upon me other than the copy referenced above. In an effort to move the case forward in the spirit embodied in your initial correspondence of May 14, 2007, I have confirmed with my client my authorization to file pleadings in response to Ms. Millard's Complaint and, accordingly, will have said responsive pleadings filed with the Court no later than June 20, 2007.

I trust the foregoing is responsive to your previous instructions.

                                  Very truly yours,

                                  FEIDLER & LONG, PLLC

                                  By: _____
                                          John O. Long, III

Cc:    Harriett Millard
       15 Betlou James Place
       Baltimore, MD 21207
       (410) 281-1086
       (By FedEx and U.S. Mail)