IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HARRIETT MILLARD | * |
| | * |
| v. | * Civil No. JFM-07-497 |
| | * |
| HOUSEHOLD FINANCE | * |
| CORPORATION, ET AL. | * |
| | ***** |

MEMORANDUM

Plaintiff has filed this *pro se* action against HSBC Finance Corporation. HSBC has filed a motion to dismiss for failure to state a claim upon which relief can be granted. Plaintiff has filed an opposition to the motion, a proposed amendment to her complaint in an attempt to cure the problems raised by HSBC's motion to dismiss, an addendum to her opposition, and several miscellaneous motions of her own. HSBC's motion to dismiss will be granted, and plaintiff's various motions will be denied.

This action arises out of litigation between plaintiff and HSBC in the Maryland court system. The state litigation resulted in a final judgment being entered in favor of HSBC. It is clear that the claims asserted by plaintiff in her complaint and the purported claims asserted in her proposed amendment to the complaint were raised or could have been raised in the state court litigation. Accordingly, the claims are barred by the doctrine of claim preclusion. *See generally Reeves v. St. Mary's County Comm'rs*, 268 F. Supp. 2d 576 (D. Md. 2003).

The motions filed by plaintiff are moot in light of the dismissal of this action.

A separate order effecting the rulings made in this memorandum is being entered herewith.

Date: July 16, 2007

/s/
J. Frederick Motz
United States District Judge