IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HARRIETT MILLARD          *
                                             *
     v.                       *   Civil No. JFM-07-497
                                             *
HOUSEHOLD FINANCE     *
CORPORATION, ET AL.      *
                                          *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 16th day of July 2007

ORDERED

1. Defendant's motion to dismiss is granted;

2. The various motions filed by plaintiff are denied; and

3. This action is dismissed.

                                                     _____
                                                     J. Frederick Motz
                                                     United States District Judge